UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ROBERT W. SZOSTAK                           CASE NO. 22-11098-MAM
                                            CHAPTER 7

    Debtor.
_____/

MICROBILT CORPORATION and PRINCETON
ALTERNATIVE FUNDING, LLC

    Plaintiff,

v                                           ADV NO. 23-01045-MAM

ROBERT W. SZOSTAK

    Defendant.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE of the appearance of the undersigned attorney as counsel for Debtor, and Defendant in the instant adversary case, ROBERT W. SZOSTAK. Request is made that any and all motions, pleadings, schedules, applications, notices, orders, reports, discovery and/or any other documents of any kind or nature filed in this proceeding by the any of the parties, court, or any other party in interest, be forwarded to the undersigned.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished this 8th day of March, 2023, via CMECF to all persons and entities authorized to receive electronic notices from the court and to all persons who are not so authorized by regular U.S. Mail, postage prepaid, as shown on the attached Service List.

                                          RAPPAPORT OSBORNE & RAPPAPORT, PLLC
                                          Attorneys for ROBERT W. SZOSTAK
                                          Squires Building, Suite 203
                                          1300 N. Federal Highway
                                          Boca Raton, Florida 33432
                                          Telephone: (561) 368-2200

                        BY: */s/ Steven S. Newburgh*
                              STEVEN S. NEWBURGH, ESQ.
                              Florida Bar No. 348619

<u>VIA CM/ECF to:</u>

| | |
|---|---|
| Derek Baker | dbaker@reedsmith.com |
| Alexis A. Leventhal | aleventhal@reedsmith.com |