# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| ROBERT W. SZOSTAK | Case No 22-11098-MAM |
| Debtor. | |
| _____/ | |
| MICROBILT CORPORATION and PRINCETON ALTERNATIVE FUNDING, LLC, | Adv. No. 23-01045-MAM |
| Plaintiffs, | |
| v. | |
| ROBERT W. SZOSTAK, | |
| Defendant. | |
| _____/ | |

## **CERTIFICATE OF SERVICE**
[re: ECF Adv. No. 16]

**I HEREBY CERTIFY** that true and correct copy of the *Motion for Reconsideration of Dismissal Order* [ECF Adv. No. 16]; was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system <u>AND</u> via U.S. First Class Mail.

Robert W. Szostak
3191 S Dixie Highway
Apt. 515
West Palm Beach, FL 33405-1511

and

Steven S. Newburgh, P.A.
884 Northwest 6th Drive
Boca Raton, FL 33486

US_ACTIVE-174142846.1

- 2 -

**Dated:** <u>July 20, 2023</u>    Respectfully submitted,

By:  **REED SMITH LLP**

*/s/ Derek J. Baker*
Derek J. Baker (*admitted pro hac vice*)
1717 Arch Street
Suite 3100
Philadelphia, PA 19103
Tel: 215-851-8148
Facsimile: 215-851-1420
Email: dbaker@reedsmith.com

*/s/ Alexis Leventhal*
Alexis A. Leventhal (Fla. Bar No. 108064)
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email:  aleventhal@reedsmith.com

*Counsel for Plaintiffs, MicroBilt Corporation and Princeton Alternative Funding, LLC*