United States Bankruptcy Court

Southern District of Florida

MicroBilt Corporation,
    Plaintiff

Szostak,
    Defendant

Adv. Proc. No. 23-01045-MAM

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 19, 2023 | Form ID: pdf005 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | MicroBilt Corporation, c/o Reed Smityh LLP, 225 Fifth Ave #1200, Pittsburgh, PA 15222-2716 |
| pla | + | Princeton Alternative Funding, LLC, c/o Reed Smith LLP, 225 Fifth Ave #1200, Pittsburgh, PA 15222-2716 |
| dft | + | Robert W. Szostak, 3191 S Dixie Hwy, Apt 515, West Palm Beach, FL 33405-1596 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jul 19 2023 23:02:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jul 19 2023 23:01:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jul 19 2023 23:01:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 19 2023 23:01:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Jul 19 2023 23:01:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Jul 19 2023 23:01:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jul 19 2023 23:01:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jul 19 2023 23:01:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jul 19 2023 23:02:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jul 19 2023 23:01:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Jul 19 2023 23:01:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, |

| District/off: 113C-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 19, 2023 | Form ID: pdf005 | Total Noticed: 16 |

| | | | | |
|---|---|---|---|---|
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | | Jul 19 2023 23:01:00 | FL 32801-2210<br>United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | | Jul 19 2023 23:02:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexis A Leventhal | on behalf of Plaintiff MicroBilt Corporation aleventhal@reedsmith.com  slucas@reedsmith.com |
| Alexis A Leventhal | on behalf of Plaintiff Princeton Alternative Funding  LLC aleventhal@reedsmith.com, slucas@reedsmith.com |
| Steven S Newburgh | on behalf of Defendant Robert W. Szostak ssn@newburghlaw.net  cmecf@newburghlaw.net |

TOTAL: 3



**ORDERED in the Southern District of Florida on July 19, 2023.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-11098-MAM |
| Robert W. Szostak, | Chapter 7 |
|     Debtor. _____/ | |
| Microbilt Corporation and Princeton Alternative Funding, LLC, | Adv. No. 23-01045-MAM |
|     Plaintiffs, v. | |
| Robert w. Szostak, | |
|     Defendant. _____/ | |

### ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

**THIS MATTER** came before the Court for a continued scheduling conference

on July 12, 2023 at 10:00 a.m. (ECF No. 12) (the "Scheduling Conference"). Neither Plaintiffs nor any other party appeared at the Scheduling Conference. Therefore, with the Court being fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that the above-captioned adversary proceeding is **DISMISSED** for failure to prosecute, with leave to re-file.

###

Copies furnished to:

All interested parties by the Clerk.