

**ORDERED in the Southern District of Florida on July 24, 2023.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Robert W. Szostak.,                      Case No. 22-11098-MAM

    Debtor.
_____/                 Chapter 7

MicroBilt Corporation and
Princeton Alternative
Funding, LLC,

    Plaintiff,
v.                                              Adversary No.: 23-01045-MAM

Robert W. Szostak,

    Defendants.
_____/

**ORDER DENYING MOTION TO RECONSIDER AS MOOT**

1

THIS MATTER came before the Court on upon the *Plaintiffs' Motion for Reconsideration of Dismissal Order* (ECF No. 16) (the "Motion") filed by MicroBilt Corporation and Princeton Alternative Funding, LLC ("Plaintiffs"). On July 19, 2023, Plaintiffs refiled the action as a new adversary proceeding (Adv. Proc. No. 23-01146).

Therefore, the Court, being otherwise fully advised in the premises, **ORDERS** that the Motion is **DENIED** as moot.

###

Copies Furnished To:

Alexis A Leventhal, Esq.

*Attorney Leventhal is directed to serve this Order upon all interested parties and file a conforming certificate of service.*